IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Nina Andrews

      Plaintiff,  : (Judge Conaboy)
vs.

:3:09-CV-817

Client Services, Inc.

      Defendant.

FILED
SCRANTON
SEP 1 0 2009

PER _____ CTC
DEPUTY CLERK

### ORDER OF DISMISSAL

Counsel having reported to the Court that the above action has been settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated.

*/s/ Richard P. Conaboy*
Richard P. Conaboy
United States District Judge

DATE: September 10, 2009