UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

_____
**NINA ANDREWS**          )
                          )          Case Number: 3:09-cv-817
  **Plaintiff**       )
                          )          CIVIL COMPLAINT
  **vs.**             )
                          )
**CLIENT SERVICES, INC.** )
                          )          JURY TRIAL DEMANDED
                          )
  **Defendant**       )
_____)

## STIPULATION OF DISMISSAL

AND NOW, this 15th day of September, 2009, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.

    Warren & Vullings, LLP

  BY: */s/ Brent F. Vullings*
    Brent F. Vullings, Esquire
    Attorney for Plaintiff

    Comeau & Bunker

  BY: */s/ Allen R. Bunker*
    Allen R. Bunker Esquire
    Attorney for Defendant